**Order entered October 31, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00439-CV

**HOLLY BONE-MARTIN AND BRIAN MARTIN, Appellants**

**V.**

**DAVID TYLER MOSS, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09893**

### ORDER

On September 20, 2022, we abated the appeal to allow the trial court an opportunity to make findings of fact and conclusions of law in accordance with Texas Rule of Civil Procedure 297. The trial court has made the findings and conclusions, and they have been included in a supplemental clerk's record filed October 27, 2022. Accordingly, we **REINSTATE** the appeal.

We **ORDER** the reporter's record be filed no later than November 15, 2022. We **DENY** as moot court reporter Antionette Reagor's September 8, 2022 request for extension of time to file the record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Reagor and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE